SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT STUMPF, Cal Bar No. 72851
rstumpf@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:   415-434-9100
Facsimile:   415-434-3947

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ERIK BLISS, Cal. Bar No. 184954
ebliss@sheppardmullin.com
HAYLEY SINGER GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   619-338-6500
Facsimile:   619-234-3815

Attorneys for Defendant
THE SPORTS AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BECKWITH,<br><br>            Plaintiff,<br><br>     v.<br><br>THE SPORTS AUTHORITY, INC.; EMERYVILLE RETAIL PROPERTIES, L.P.; AND DOES 1-10, INCLUSIVE,<br><br>            Defendants. | Case No. C09-04058<br><br>[Complaint Filed: 9/1/09]<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** |

## **STIPULATION**

1. WHEREAS this action was filed by Plaintiff Mark Beckwith on September 1, 2009 and served on The Sports Authority ("TSA") on September 28, 2009;

2. WHEREAS October 19, 2009 is the date upon which Defendant must file and serve an answer or otherwise respond to Plaintiff's Complaint;

3. WHEREAS good cause exists for an extension of time because Defendant needs additional time to investigate adequately the claims alleged in this matter, as well as all potential defenses and/or counterclaims to those claims, and the parties require additional time to discuss possible settlement of claims;

4. WHEREAS Plaintiff does not oppose and has agreed to Defendant's request that it may have through and including November 18, 2009 to answer or otherwise respond to Plaintiff's Complaint;

5. WHEREAS the parties have not previously requested extensions of time from this Court; and

1  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
2  parties, through their counsel, that this Court should extend the deadline for Defendant to
3  answer or otherwise respond to Plaintiff's Complaint through and including the date of
4  November 18, 2009.

6  DATED: October 16, 2009

LAW OFFICES OF PAUL L. REIN

By _____
PAUL L. REIN
CELIA MCGUINNESS
Attorney for Plaintiff Mark Beckwith

13  DATED: October 16, 2009

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
ROBERT STUMPF
ERIK S. BLISS
HAYLEY S. GRUNVALD
Attorneys for Defendant The Sports Authority

21  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
22  DATED: 10/23/09

_____
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **October 19, 2009**, I served the following document(s) described as **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Paul L. Rein, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510-832-5001
Facsimile: 510-832-4787
*Attorneys for Plaintiff*

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 619-234-3815. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 19, 2009, at San Diego, California.

*/s/ Romona Beaudry*
ROMONA BEAUDRY

W02-WEST:8HES1\402271207.1      -1-      Case No. C09-04058