PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
Email: reinlawoffice@aol.com

Attorneys for Plaintiff
MARK BECKWITH

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BECKWITH,<br><br>    Plaintiff,<br><br>v.<br><br>THE SPORTS AUTHORITY, INC.; EMERYVILLE RETAIL PROPERTIES, L.P.; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. C09-04058 CW<br>Civil Rights<br><br>[Complaint Filed: 9/1/09]<br><br>**STIPULATION AND ORDER FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT**<br><br>Pursuant to FRCP Rule 15 (a)(2) |

    Plaintiff MARK BECKWITH filed his Complaint September 1, 2009, naming as defendants THE SPORTS AUTHORITY, INC., EMERYVILLE RETAIL PROPERTIES, L.P., and DOES 1-10, Inclusive, based on information obtained from public records and Westlaw databases. Defendant SPORTS AUTHORITY was subsequently served with the Complaint and on November 18, 2009, defense counsel for TSA STORES, INC. dba SPORTS AUTHORITY filed an Answer on its behalf. Similarly, Defendant EMERYVILLE RETAIL PROPERTIES, L.P. was served with the Complaint and on November 12, 2009, defense counsel for EMERYVILLE RETAIL PROPERTIES, L.P. filed an Answer

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR FILING FIRST AMENDED COMPLAINT
CASE NO. C09-04058 CW

-1-

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\STIP FOR FAC.wpd

on its behalf.

After inquiry by plaintiff's counsel, on November 24, 2009, by letter of defense counsel Hayley-Singer Grunvald, plaintiff learned that defendant SPORTS AUTHORITY's legal name is "TSA STORES, INC.," who plaintiff seeks leave of the Court, pursuant to F.R.C.P. 15 (a)(2), to add as a defendant to this action.

In order to facilitate resolution of plaintiff's claims, and in the interests of justice, plaintiff believes it is necessary that the appropriate entity at issue in this case, TSA STORES, INC. dba SPORTS AUTHORITY, be substituted for THE SPORTS AUTHORITY, INC. as a party to this action.

Plaintiff has prepared a First Amended Complaint naming TSA STORES, INC. dba SPORTS AUTHORITY, EMERYVILLE RETAIL PROPERTIES, L.P., and DOES 1-10, Inclusive, as defendants. Correcting the name of defendant SPORTS AUTHORITY to "TSA STORES, INC. dba SPORTS AUTHORITY" is the only amendment to the Complaint, and the First Amended Complaint otherwise remains unchanged from the original.

Plaintiff seeks leave of the Court to amend the complaint pursuant to FRCP 15 (a)(2), with the agreement of defendants TSA STORES, INC. dba SPORTS AUTHORITY and EMERYVILLE RETAIL PROPERTIES, L.P., who have already answered as parties to this action.

Therefore, IT IS HEREBY STIPULATED by and between that plaintiff and TSA STORES, INC. dba SPORTS AUTHORITY and EMERYVILLE RETAIL PROPERTIES, L.P., the only parties to have appeared in this action thus far, that plaintiff may seek leave of the court to file a First Amended Complaint, a copy of which is attached hereto as **Exhibit A**.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR FILING FIRST AMENDED COMPLAINT
CASE NO. C09-04058 CW

-2-

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\STIP FOR FAC.wpd

| | | |
|---|---|---|
| Dated: January 5, 2010 | | LAW OFFICES OF PAUL L. REIN |

     /s/ Paul L. Rein
By PAUL L. REIN
Attorneys for Plaintiff
MARK BECKWITH

Dated: January 5, 2010     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

     /s/ Hayley Singer Grunvald
By Hayley Singer Grunvald, Esq.
Attorneys for Defendant
TSA STORES, INC. dba SPORTS AUTHORITY

Dated: December 23, 2009     PAHL & McCAY

     /s/ Sarahann Shapiro
By Sarahann Shapiro, Esq.
Attorneys for Defendant
EMERYVILLE RETAIL PROPERTIES, L.P.

2    ORDER

3

4

Pursuant to stipulation, and for good cause shown, IT IS SO

5

ORDERED. The attached First Amended Complaint is ordered to be filed.

6

7

Dated: January 12, 2010

8    *Claudia Wilken* (signature)

9    _____
HON. CLAUDIA WILKEN
U.S. MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR FILING FIRST AMENDED COMPLAINT
CASE NO. C09-04058 CW

-4-

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\STIP FOR FAC.wpd