PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
Email: reinlawoffice@aol.com

Attorneys for Plaintiff
MARK BECKWITH

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BECKWITH,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE SPORTS AUTHORITY, INC.; EMERYVILLE RETAIL PROPERTIES, L.P.; and DOES 1-10, Inclusive,<br><br>　　　Defendants.<br>_____/ | CASE NO. C09-04058 CW<br>Civil Rights<br><br>[Complaint Filed: 9/1/09]<br><br>**STIPULATION AND ORDER FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT**<br><br>Pursuant to FRCP Rule 15 (a)(2) |

　　　Plaintiff MARK BECKWITH filed his Complaint September 1, 2009, naming as defendants THE SPORTS AUTHORITY, INC., EMERYVILLE RETAIL PROPERTIES, L.P., and DOES 1-10, Inclusive, based on information obtained from public records and Westlaw databases. Defendant SPORTS AUTHORITY was subsequently served with the Complaint and on November 18, 2009, defense counsel for TSA STORES, INC. dba SPORTS AUTHORITY filed an Answer on its behalf. Similarly, Defendant EMERYVILLE RETAIL PROPERTIES, L.P. was served with the Complaint and on November 12, 2009, defense counsel for EMERYVILLE RETAIL PROPERTIES, L.P. filed an Answer

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR FILING FIRST AMENDED COMPLAINT
CASE NO. C09-04058 CW     -1-     C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\STIP FOR FAC.wpd

1 on its behalf.

2 After inquiry by plaintiff's counsel, on November 24, 2009, by letter
3 of defense counsel Hayley-Singer Grunvald, plaintiff learned that defendant
4 SPORTS AUTHORITY's legal name is "TSA STORES, INC.," who plaintiff
5 seeks leave of the Court, pursuant to F.R.C.P. 15 (a)(2), to add as a defendant to
6 this action.

7 In order to facilitate resolution of plaintiff's claims, and in the
8 interests of justice, plaintiff believes it is necessary that the appropriate entity at
9 issue in this case, TSA STORES, INC. dba SPORTS AUTHORITY, be
10 substituted for THE SPORTS AUTHORITY, INC. as a party to this action.

11 Plaintiff has prepared a First Amended Complaint naming TSA
12 STORES, INC. dba SPORTS AUTHORITY, EMERYVILLE RETAIL
13 PROPERTIES, L.P., and DOES 1-10, Inclusive, as defendants.  Correcting the
14 name of defendant SPORTS AUTHORITY to "TSA STORES, INC. dba SPORTS
15 AUTHORITY" is the only amendment to the Complaint, and the First Amended
16 Complaint otherwise remains unchanged from the original.

17 Plaintiff seeks leave of the Court to amend the complaint pursuant to
18 FRCP 15 (a)(2), with the agreement of defendants TSA STORES, INC. dba
19 SPORTS AUTHORITY and  EMERYVILLE RETAIL PROPERTIES, L.P., who
20 have already answered as parties to this action.

21 Therefore, IT IS HEREBY STIPULATED by and between that
22 plaintiff and TSA STORES, INC. dba SPORTS AUTHORITY and
23 EMERYVILLE RETAIL PROPERTIES, L.P., the only parties to have appeared
24 in this action thus far, that plaintiff may seek leave of the court to file a First
25 Amended Complaint, a copy of which is attached hereto as **Exhibit A**.

26
27
28

**LAW OFFICES OF**
**PAUL L. REIN**
**200 LAKESIDE DR., SUITE A**
**OAKLAND, CA 94612-3503**
**(510) 832-5001**

STIPULATION AND [PROPOSED] ORDER
FOR FILING FIRST AMENDED COMPLAINT
CASE NO. C09-04058 CW

-2-

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\STIP FOR FAC.wpd

| | |
|---|---|
| Dated: January 5, 2010 | LAW OFFICES OF PAUL L. REIN |
| | /s/ Paul L. Rein<br>By PAUL L. REIN<br>Attorneys for Plaintiff<br>MARK BECKWITH |
| Dated: January 5, 2010 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | /s/ Hayley Singer Grunvald<br>By Hayley Singer Grunvald, Esq.<br>Attorneys for Defendant<br>TSA STORES, INC. dba SPORTS AUTHORITY |
| Dated: December 23, 2009 | PAHL & McCAY |
| | /s/ Sarahann Shapiro<br>By Sarahann Shapiro, Esq.<br>Attorneys for Defendant<br>EMERYVILLE RETAIL PROPERTIES, L.P. |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR FILING FIRST AMENDED COMPLAINT
CASE NO. C09-04058 CW

- 3 -

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\STIP FOR FAC.wpd

## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The attached First Amended Complaint is ordered to be filed.

Dated: January 12, 2010

_____
HON. CLAUDIA WILKEN
U.S. MAGISTRATE JUDGE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
FOR FILING FIRST AMENDED COMPLAINT
CASE NO. C09-04058 CW

-4-

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\STIP FOR FAC.wpd