PAHL & McCAY
A Professional Corporation
**Sarahann Shapiro, Esq.** (State Bar No. 157122)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Defendant
EMERYVILLE RETAIL PROPERTIES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BECKWITH, | Case No. C09-04058 |
| Plaintiff, | **STIPULATION TO DISMISS** |
| v. | ORDER [~~Proposed~~] |
| THE SPORTS AUTHORITY, INC.; EMERYVILLE RETAIL PROPERTIES, L.P., | PURSUANT TO F.R.C.P. Rule 41(a)(1)(A)(ii) |
| Defendants. | Action Filed: September 1, 2009<br>Trial Date: None |

It is hereby stipulated by and between Plaintiff MARK BECKWITH and Defendant EMERYVILLE RETAIL PROPERTIES, L.P., through their designated counsel, that this action be and is hereby dismissed with prejudice with respect to Defendant EMERYVILLE RETAIL PROPERTIES, L.P., pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) upon completion of the obligations delineated in the Consent Decree and Order entered by the Court on January 14, 2011. Based on the completion of all of the obligations and the terms of the Consent Decree, the Court hereby releases jurisdiction with respect to the dismissed Defendant.

DATED: ~~April~~ May 24, 2011

Respectfully Submitted,

LAW OFFICES OF PAUL L. REIN

By: _____
Celia McGuinness
Attorneys for Plaintiff
MARK BECKWITH

---

**STIPULATION TO DISMISS; ORDER**

1

(Case No. C09-04058)

1  DATED: April ~~April~~ May 24, 2011        PAHL & McCAY
                                               A Professional Corporation

          By: _____
              Sarahann Shapiro
              Attorneys for Defendant
              EMERYVILLE RETAIL PROPERTIES, L.P.

## ORDER BY THE COURT ~~[Proposed]~~

Pursuant to the parties' request, and for good cause shown, this matter is hereby dismissed with prejudice as to Defendant EMERYVILLE RETAIL PROPERTIES, L.P., and this Court releases jurisdiction with respect to said Defendant.

**IT IS SO ORDERED.**

Date: May 31, 2011

_____
Honorable Claudia Wilken
United States District Judge

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

2956-054
00214382.WPD

STIPULATION TO DISMISS; ORDER        2        (Case No. C09-04058)